**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1676**

---

D. SAMUEL NEILL; BOYD B. MASSAGEE, Jr.; ERVIN
W. BAZZLE; JEFFREY P. HUNT; MARGARET M. HUNT,

Plaintiffs - Appellees,

versus

THOMAS W. HILL; THOMAS W. HILL FAMILY TRUST,

Defendants - Appellants.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Lacy H. Thornburg,
District Judge.  (CA-03-127)

---

Submitted:  October 6, 2003          Decided:  November 10, 2003

---

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed in part and dismissed in part by unpublished per curiam
opinion.

---

Thomas W. Hill, Appellant Pro Se.  W. Scott Jones, LONG, PARKER,
WARREN & JONES, P.A., Asheville, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas W. Hill appeals from a district court order remanding the case to state court, instituting a filing injunction, denying declatory relief, and denying the motion for recusal. We have reviewed the record and the district court's memorandum opinion. Insofar as Hill appeals from the remand order, we dismiss. See 28 U.S.C. § 1447(d) (2000). We affirm the remaining appeal on the reasoning of the district court. See Neil v. Hill, No. CA-03-127 (W.D.N.C. filed May 30, 2003; entered June 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART; DISMISSED IN PART